UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
LIGUE, JOHN P. § Case No. 14-25158
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 07/08/2014 . The undersigned trustee was appointed on 07/08/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

| | | |
|---|---|---|
| 4. The trustee realized gross receipts of | $ | 8,000.02 |
| Funds were disbursed in the following amounts: | | |
| Payments made under an interim disbursement | | 0.00 |
| Administrative expenses | | 3.79 |
| Bank service fees | | 131.33 |
| Other payments to creditors | | 0.00 |
| Non-estate funds paid to 3rd Parties | | 0.00 |
| Exemptions paid to the debtor | | 0.00 |
| Other payments to the debtor | | 0.00 |
| Leaving a balance on hand of[1] | $ | 7,864.90 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was  11/28/2014  and the deadline for filing governmental claims was  11/28/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,550.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,550.00 , for a total compensation of $ 1,550.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 35.47 , for total expenses of $ 35.47 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 12/30/2016            By: /s/Phillip D. Levey
                                                 Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | | |
|---|---|---|
| Case No: | 14-25158  JSB  Judge: JANET S. BAER | Trustee Name: Phillip D. Levey |
| Case Name: | LIGUE, JOHN P. | Date Filed (f) or Converted (c): 07/08/14 (f) |
| | | 341(a) Meeting Date: 08/08/14 |
| For Period Ending: | 12/15/16 | Claims Bar Date: 11/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4414 S. Wallace, Chicago single family home | 120,000.00 | 11,005.00 | | 8,000.02 | FA |
| 2. 1101 College Ave., Terra Haute, IN 3 unit building | 21,000.00 | 2,030.00 | | 0.00 | FA |
| 3. cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 4. Chicago Patrolmen's Federal Credit Union checking | 25.00 | 0.00 | | 0.00 | FA |
| 5. Marquette Bank checking | 1,800.00 | 0.00 | | 0.00 | FA |
| 6. Wells Fargo checking | 50.00 | 0.00 | | 0.00 | FA |
| 7. typical household goods and furnishings including | 500.00 | 0.00 | | 0.00 | FA |
| 8. usual and typical | 500.00 | 0.00 | | 0.00 | FA |
| 9. hand gun | 350.00 | 0.00 | | 0.00 | FA |
| 10. golf clubs, hockey skates & equipment, bikes | 300.00 | 0.00 | | 0.00 | FA |
| 11. life inurance policy through employer - no surrend | 10.00 | 10.00 | | 0.00 | FA |
| 12. Chicago Police pension | 60,000.00 | 0.00 | | 0.00 | FA |
| 13. 2001 Infiniti QX4 80,000 miles; good condition | 6,000.00 | 0.00 | | 0.00 | FA |
| 14. 2011 Subaru Forester 41,000 miles; good condition | 7,500.00 | 0.00 | | 0.00 | FA |
| 15. 2004 Kymco motorcycle | 2,000.00 | 0.00 | | 0.00 | FA |
| 16. tools, lawn mower | 250.00 | 0.00 | | 0.00 | FA |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $220,335.00 | $13,045.00 | | $8,000.02 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Installment sale of real estate to debtor. Last payment due 7/16.

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 14-25158    JSB    Judge: JANET S. BAER | Trustee Name: | Phillip D. Levey |
| Case Name: | LIGUE, JOHN P. | Date Filed (f) or Converted (c): | 07/08/14 (f) |
| | | 341(a) Meeting Date: | 08/08/14 |
| | | Claims Bar Date: | 11/28/14 |

Initial Projected Date of Final Report (TFR): 04/30/17    Current Projected Date of Final Report (TFR): 04/30/17

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 14-25158 -JSB | | Trustee Name: | Phillip D. Levey |
| Case Name: | LIGUE, JOHN P. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5125  Checking |
| Taxpayer ID No: | *******0907 | | | |
| For Period Ending: | 12/15/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/09/15 | 1 | John Ligue<br>556 W. 42nd Place<br>Chicago, IL | Installment Sale | 1110-000 | 571.43 | | 571.43 |
| 06/09/15 | 1 | John Ligue<br>556 W. 42nd Place<br>Chicago, IL | Installment Sale | 1110-000 | 571.43 | | 1,142.86 |
| 07/16/15 | 1 | John Ligue | Installment | 1110-000 | 571.43 | | 1,714.29 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,704.29 |
| 08/16/15 | 1 | John P. Ligue | Installment | 1110-000 | 571.43 | | 2,275.72 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,265.72 |
| 09/15/15 | 1 | John P. Ligue<br>556 W. 42nd Place<br>Chicago, IL | Installment Sale | 1110-000 | 571.43 | | 2,837.15 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,827.15 |
| 10/12/15 | 1 | John P. Ligue<br>556 W. 42nd Place<br>Chicago, IL | Installment Sale | 1110-000 | 571.43 | | 3,398.58 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,388.58 |
| 11/19/15 | 1 | John Ligue | Installment Sale | 1110-000 | 571.43 | | 3,960.01 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,950.01 |
| 01/08/16 | 1 | John P. Ligue | Installment Sale | 1110-000 | 571.43 | | 4,521.44 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,511.44 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,501.44 |
| 02/08/16 | 1 | John P. Ligue | Installment Sale | 1110-000 | 571.43 | | 5,072.87 |
| 02/29/16 | 010001 | Arthur B. Levine Co., Inc.<br>370 Lexington Avnue<br>Suite 1101<br>New York, NY  10017 | TRUSTEE'S BOND | 2300-000 | | 3.79 | 5,069.08 |

Page Subtotals       5,142.87       73.79

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

LFORM24

Ver: 19.06c

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 14-25158 -JSB | | Trustee Name: | Phillip D. Levey |
| Case Name: | LIGUE, JOHN P. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5125 Checking |
| Taxpayer ID No: | *******0907 | | | |
| For Period Ending: | 12/15/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,059.08 |
| 03/09/16 | 1 | John P. Ligue | Installment Sale | 1110-000 | 571.43 | | 5,630.51 |
| | | 556 W. 42nd Place | | | | | |
| | | Chicago, IL | | | | | |
| 04/04/16 | 1 | John P. Ligue | Installment Sale | 1110-000 | 571.43 | | 6,201.94 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,191.94 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,181.94 |
| 05/18/16 | 1 | John P. Ligue | Installment Sale | 1110-000 | 571.43 | | 6,753.37 |
| | | 556 W. 42nd Place | | | | | |
| | | Chicago, IL | | | | | |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,743.37 |
| 06/21/16 | 1 | John P. Ligue | Installment Sale | 1110-000 | 571.43 | | 7,314.80 |
| | | 556 W. 42nd Pl. | | | | | |
| | | Chicago, IL | | | | | |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,304.80 |
| 07/15/16 | 1 | John P. Ligue | Installment Sale | 1110-000 | 571.43 | | 7,876.23 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.33 | 7,864.90 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 8,000.02 | 135.12 | 7,864.90 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 8,000.02 | 135.12 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 8,000.02 | 135.12 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - ********5125 | 8,000.02 | 135.12 | 7,864.90 |
| | 8,000.02 | 135.12 | 7,864.90 |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals      2,857.15      61.33

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| | |
|---|---|
| Case No: | 14-25158  -JSB |
| Case Name: | LIGUE, JOHN P. |
| Taxpayer ID No: | *******0907 |
| For Period Ending: | 12/15/16 |

| | |
|---|---|
| Trustee Name: | Phillip D. Levey |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******5125  Checking |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Checking - ********5125 | | Transfers) | To Debtors) | On Hand |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Page Subtotals | | 0.00 | 0.00 | |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: December 30, 2016 |
|---|---|---|---|---|---|---|

Case Number: 14-25158  
Debtor Name: LIGUE, JOHN P.

Priority Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | Phillip D. Levey | Administrative | | $0.00 | $1,890.00 | $1,890.00 |
| 001<br>2100-00 | Phillip D. Levey | Administrative | | $0.00 | $1,550.00 | $1,550.00 |
| 001<br>2200-00 | Phillip D. Levey | Administrative | | $0.00 | $35.47 | $35.47 |
| | Subtotal for Priority 001 | | | $0.00 | $3,475.47 | $3,475.47 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $0.00 | $3,366.06 | $3,366.06 |
| 000002<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agnet<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $0.00 | $4,433.42 | $4,433.42 |
| 000003<br>070<br>7100-00 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | | $0.00 | $369.62 | $369.62 |
| 000004<br>070<br>7100-00 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Unsecured | | $0.00 | $2,964.05 | $2,964.05 |
| 000005<br>070<br>7100-00 | PYOD, LLC its successors and assigns<br>as<br>assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $3,630.32 | $3,630.32 |
| | Subtotal for Priority 070 | | | $0.00 | $14,763.47 | $14,763.47 |
| BOND<br>999<br>2300-00 | Arthur B. Levine Co., Inc.<br>370 Lexington Avnue<br>Suite 1101<br>New York, NY  10017 | Administrative | | $0.00 | $3.79 | $3.79 |
| | Subtotal for Priority 999 | | | $0.00 | $3.79 | $3.79 |
| | Case Totals: | | | $0.00 | $18,242.73 | $18,242.73 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-25158
Case Name: LIGUE, JOHN P.
Trustee Name: Phillip D. Levey

| | | |
|---|---:|---:|
| Balance on hand | $ | 7,864.90 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Phillip D. Levey | $ 1,550.00 | $ 0.00 | $ 1,550.00 |
| Trustee Expenses: Phillip D. Levey | $ 35.47 | $ 0.00 | $ 35.47 |
| Attorney for Trustee Fees: Phillip D. Levey | $ 1,890.00 | $ 0.00 | $ 1,890.00 |
| Other: Arthur B. Levine Co., Inc. | $ 3.79 | $ 3.79 | $ 0.00 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 3,475.47 |
| Remaining Balance | $ 4,389.43 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,763.47  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  29.7  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 3,366.06 | $ 0.00 | $ 1,000.79 |
| 000002 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agnet<br>PO Box 71083<br>Charlotte, NC 28272-1083 | $ 4,433.42 | $ 0.00 | $ 1,318.13 |
| 000003 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 369.62 | $ 0.00 | $ 109.89 |
| 000004 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | $ 2,964.05 | $ 0.00 | $ 881.26 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services PO Box 19008 Greenville, SC 29602 | $ 3,630.32 | $ 0.00 | $ 1,079.36 |
| | Total to be paid to timely general unsecured creditors | | | $ 4,389.43 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE