UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| John P. Ligue, | ) | Case No. 14 B 25158 |
| | ) | |
| Debtor(s). | ) | |

**AMENDED CERTIFICATE OF SERVICE**

I, Phillip D. Levey, an attorney, certify, that on January 1, 2017, I served the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object on the persons/entities listed on the accompanying Service List by either depositing the same in the U.S. Mail in envelopes, with proper postage prepaid, or via CM/ECF.

_/s/ Phillip D. Levey_

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 14-25158<br>Northern District of Illinois<br>Chicago<br>Sun Jan  1 12:37:03 CST 2017 | Leonard S. Becker<br>Leonard Becker, Attorney at Law<br>311 N. Aberdeen St.<br>#200D<br>Chicago, IL 60607-1532 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agnet<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH  43054-3025 | John P. Ligue<br>4414 S. Wallace<br>Chicago, IL 60609-3533 |
| PYOD, LLC its successors and assigns as assi<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-9008 | WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | End of Label Matrix<br>Mailable recipients    7<br>Bypassed recipients    0<br>Total                  7 |