# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                            §
                                  §
                                  §
LIGUE, JOHN P.                    §       Case No. 14-25158
                                  §
                                  §
       Debtor                     §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Phillip D. Levey, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 33,485.00                   Assets Exempt: 81,850.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  4,389.43   Claims Discharged
                                              Without Payment:  77,871.36

Total Expenses of Administration:  3,610.59

---

   3) Total gross receipts of $ 8,000.02  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $ 8,000.02  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 159,101.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 3,610.59 | 3,610.59 | 3,610.59 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 67,497.32 | 14,763.47 | 14,763.47 | 4,389.43 |
| **TOTAL DISBURSEMENTS** | $ 226,598.32 | $ 18,374.06 | $ 18,374.06 | $ 8,000.02 |

   4)  This case was originally filed under chapter 7 on 07/08/2014 . The case was pending for 33 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  03/13/2017            By:/s/Phillip D. Levey
                                        Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 4414 S. Wallace, Chicago single family home | 1110-000 | 8,000.02 |
| **TOTAL GROSS RECEIPTS** | | **$ 8,000.02** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Auto Finance PO Box 901003 Fort Worth, TX 76101 | | 11,236.00 | NA | NA | 0.00 |
| | Chase Auto Finance PO Box 901003 Fort Worth, TX 76101 | | 6,400.00 | NA | NA | 0.00 |
| | Chase Home Finanance LLC PO Box 24696 Columbus, OH 43224 | | 18,970.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wells Fargo Home Mortgage PO Box 10335 Des Moines, IA 50306 | | 122,495.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 159,101.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| LEVEY, PHILLIP D. | 2100-000 | NA | 1,550.00 | 1,550.00 | 1,550.00 |
| LEVEY, PHILLIP D. | 2200-000 | NA | 35.47 | 35.47 | 35.47 |
| ARTHUR B. LEVINE CO., INC. | 2300-000 | NA | 3.79 | 3.79 | 3.79 |
| ASSOCIATED BANK | 2600-000 | NA | 131.33 | 131.33 | 131.33 |
| LEVEY, PHILLIP D. | 3110-000 | NA | 1,890.00 | 1,890.00 | 1,890.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **$ NA** | **$ 3,610.59** | **$ 3,610.59** | **$ 3,610.59** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America PO Box 982235 El Paso, TX 79998 | | 6,323.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware PO Box 8803 Wilmington, DE 19899 | | 3,526.00 | NA | NA | 0.00 |
| | Best Buy/CBNA PO Box 6497 Sioux Falls, SD 57117 | | 2,240.00 | NA | NA | 0.00 |
| | Capital One POB 30281 Salt Lake City, UT 84130 | | 4,254.00 | NA | NA | 0.00 |
| | Chicago Patrolmens Federal Credit U 1407 W. Washington Chicago, IL 60607 | | 2,936.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citi 701 E. 60th St. N. Sioux Falls, SD 57104 | | 3,793.00 | NA | NA | 0.00 |
| | Cleveland Clinic 6801 Brecksville Rd. Independence, OH 44131 | | 535.10 | NA | NA | 0.00 |
| | Discover PO Box 30954 Salt Lake City, UT 84130 | | 16,203.00 | NA | NA | 0.00 |
| | Discover POB 15316 Wilmington, DE 19850 | | 3,211.00 | NA | NA | 0.00 |
| | Kohl's POB 3115 Milwaukee, WI 53201-3115 | | 253.00 | NA | NA | 0.00 |
| | Nelnet Loan 3015 Parker Rd. Ste. 400 Indianapolis, IN 46240 | | 10,542.00 | NA | NA | 0.00 |
| | Nelnet Loan 3015 Parker Rd. Ste. 400 Indianapolis, IN 46240 | | 8,516.00 | NA | NA | 0.00 |
| | Northwestern Memorial Hospital POB 73690 Chicago, IL 60673 | | 911.22 | NA | NA | 0.00 |
| | Peoples Energy 200 E Randolph Chicago, IL 60601 | | 257.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Peoples Energy 200 E Randolph Chicago, IL 60601 | | 694.00 | NA | NA | 0.00 |
| | Peoples Energy 200 E Randolph Chicago, IL 60601 | | 538.00 | NA | NA | 0.00 |
| | World's Foremost Bank 4800 NW 1st St. Ste. 300 Lincoln, NE 68521-4463 | | 2,765.00 | NA | NA | 0.00 |
| 000002 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 4,433.42 | 4,433.42 | 1,318.13 |
| 000005 | PYOD, LLC ITS SUCCESSORS AND ASSIGN | 7100-000 | NA | 3,630.32 | 3,630.32 | 1,079.36 |
| 000003 | CAPITAL ONE, N.A. | 7100-900 | NA | 369.62 | 369.62 | 109.89 |
| 000001 | DISCOVER BANK | 7100-900 | NA | 3,366.06 | 3,366.06 | 1,000.79 |
| 000004 | WORLD'S FOREMOST BANK | 7100-900 | NA | 2,964.05 | 2,964.05 | 881.26 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 67,497.32 | $ 14,763.47 | $ 14,763.47 | $ 4,389.43 |

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 14-25158 | JSB | Judge: JANET S. BAER | Trustee Name: | Phillip D. Levey |
| Case Name: | LIGUE, JOHN P. | | | Date Filed (f) or Converted (c): | 07/08/14 (f) |
| | | | | 341(a) Meeting Date: | 08/08/14 |
| For Period Ending: | 12/15/16 | | | Claims Bar Date: | 11/28/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 4414 S. Wallace, Chicago single family home | 120,000.00 | 11,005.00 | | 8,000.02 | FA |
| 2. 1101 College Ave., Terra Haute, IN 3 unit building | 21,000.00 | 2,030.00 | | 0.00 | FA |
| 3. cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 4. Chicago Patrolmen's Federal Credit Union checking | 25.00 | 0.00 | | 0.00 | FA |
| 5. Marquette Bank checking | 1,800.00 | 0.00 | | 0.00 | FA |
| 6. Wells Fargo checking | 50.00 | 0.00 | | 0.00 | FA |
| 7. typical household goods and furnishings including | 500.00 | 0.00 | | 0.00 | FA |
| 8. usual and typical | 500.00 | 0.00 | | 0.00 | FA |
| 9. hand gun | 350.00 | 0.00 | | 0.00 | FA |
| 10. golf clubs, hockey skates & equipment, bikes | 300.00 | 0.00 | | 0.00 | FA |
| 11. life insurance policy through employer - no surrend | 10.00 | 10.00 | | 0.00 | FA |
| 12. Chicago Police pension | 60,000.00 | 0.00 | | 0.00 | FA |
| 13. 2001 Infiniti QX4 80,000 miles; good condition | 6,000.00 | 0.00 | | 0.00 | FA |
| 14. 2011 Subaru Forester 41,000 miles; good condition | 7,500.00 | 0.00 | | 0.00 | FA |
| 15. 2004 Kymco motorcycle | 2,000.00 | 0.00 | | 0.00 | FA |
| 16. tools, lawn mower | 250.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $220,335.00       $13,045.00       $8,000.02       $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Installment sale of real estate to debtor. Last payment due 7/16.

LFORM1

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Ver: 19.06c

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 14-25158    JSB    Judge: JANET S. BAER | Trustee Name: | Phillip D. Levey |
| Case Name: | LIGUE, JOHN P. | Date Filed (f) or Converted (c): | 07/08/14 (f) |
| | | 341(a) Meeting Date: | 08/08/14 |
| | | Claims Bar Date: | 11/28/14 |

Initial Projected Date of Final Report (TFR): 04/30/17      Current Projected Date of Final Report (TFR): 04/30/17

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 14-25158 -JSB | | Trustee Name: | Phillip D. Levey |
| --- | --- | --- | --- | --- |
| Case Name: | LIGUE, JOHN P. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5125 Checking |
| Taxpayer ID No: | *******0907 | | | |
| For Period Ending: | 03/13/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/09/15 | 1 | John Ligue<br>556 W. 42nd Place<br>Chicago, IL | Installment Sale | 1110-000 | 571.43 | | 571.43 |
| 06/09/15 | 1 | John Ligue<br>556 W. 42nd Place<br>Chicago, IL | Installment Sale | 1110-000 | 571.43 | | 1,142.86 |
| 07/16/15 | 1 | John Ligue | Installment | 1110-000 | 571.43 | | 1,714.29 |
| 08/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,704.29 |
| 08/16/15 | 1 | John P. Ligue | Installment | 1110-000 | 571.43 | | 2,275.72 |
| 09/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,265.72 |
| 09/15/15 | 1 | John P. Ligue<br>556 W. 42nd Place<br>Chicago, IL | Installment Sale | 1110-000 | 571.43 | | 2,837.15 |
| 10/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,827.15 |
| 10/12/15 | 1 | John P. Ligue<br>556 W. 42nd Place<br>Chicago, IL | Installment Sale | 1110-000 | 571.43 | | 3,398.58 |
| 11/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,388.58 |
| 11/19/15 | 1 | John Ligue | Installment Sale | 1110-000 | 571.43 | | 3,960.01 |
| 12/07/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,950.01 |
| 01/08/16 | 1 | John P. Ligue | Installment Sale | 1110-000 | 571.43 | | 4,521.44 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,511.44 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,501.44 |
| 02/08/16 | 1 | John P. Ligue | Installment Sale | 1110-000 | 571.43 | | 5,072.87 |
| 02/29/16 | 010001 | Arthur B. Levine Co., Inc.<br>370 Lexington Avnue<br>Suite 1101<br>New York, NY 10017 | TRUSTEE'S BOND | 2300-000 | | 3.79 | 5,069.08 |

Page Subtotals 5,142.87 73.79

Ver: 19.07

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

FORM 2                                                                                      Page: 2
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                            Exhibit 9

| Case No: | 14-25158 -JSB | | Trustee Name: | Phillip D. Levey |
| Case Name: | LIGUE, JOHN P. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5125  Checking |
| Taxpayer ID No: | *******0907 | | | |
| For Period Ending: | 03/13/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 5,059.08 |
| 03/09/16 | 1 | John P. Ligue<br>556 W. 42nd Place<br>Chicago, IL | Installment Sale | 1110-000 | 571.43 | | 5,630.51 |
| 04/04/16 | 1 | John P. Ligue | Installment Sale | 1110-000 | 571.43 | | 6,201.94 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,191.94 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,181.94 |
| 05/18/16 | 1 | John P. Ligue<br>556 W. 42nd Place<br>Chicago, IL | Installment Sale | 1110-000 | 571.43 | | 6,753.37 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,743.37 |
| 06/21/16 | 1 | John P. Ligue<br>556 W. 42nd Pl.<br>Chicago, IL | Installment Sale | 1110-000 | 571.43 | | 7,314.80 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 7,304.80 |
| 07/15/16 | 1 | John P. Ligue | Installment Sale | 1110-000 | 571.43 | | 7,876.23 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 11.33 | 7,864.90 |
| 02/03/17 | 010002 | Phillip D. Levey | Trustee Compensation | 2100-000 | | 1,550.00 | 6,314.90 |
| 02/03/17 | 010003 | Phillip D. Levey | Trustee Expenses | 2200-000 | | 35.47 | 6,279.43 |
| 02/03/17 | 010004 | Phillip D. Levey | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,890.00 | 4,389.43 |
| 02/03/17 | 010005 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 29.73179% | 7100-900 | | 1,000.79 | 3,388.64 |
| 02/03/17 | 010006 | Capital One Bank (USA), N.A.<br>by American InfoSource LP as agnet<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000002, Payment 29.73167% | 7100-000 | | 1,318.13 | 2,070.51 |
| 02/03/17 | 010007 | Capital One, N.A. | Claim 000003, Payment 29.73053% | 7100-900 | | 109.89 | 1,960.62 |

Page Subtotals        2,857.15        5,965.61

Ver: 19.07

LFORM24
**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 14-25158 -JSB | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | LIGUE, JOHN P. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5125 Checking |
| Taxpayer ID No: | *******0907 | | | |
| For Period Ending: | 03/13/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/03/17 | 010008 | c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701<br>WORLD'S FOREMOST BANK<br>CABELA'S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | (3-1) CREDIT CARD DEBT<br><br>Claim 000004, Payment 29.73162%<br>(4-1) 9343 | 7100-900 | | 881.26 | 1,079.36 |
| 02/03/17 | 010009 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Claim 000005, Payment 29.73181% | 7100-000 | | 1,079.36 | 0.00 |

|   |   |   |   |
|---|---|---|---|
| COLUMN TOTALS | 8,000.02 | 8,000.02 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 8,000.02 | 8,000.02 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 8,000.02 | 8,000.02 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking - ********5125 | 8,000.02 | 8,000.02 | 0.00 |
| | 8,000.02 | 8,000.02 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     1,960.62

Ver: 19.07

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

Exhibit 9

| Case No: | 14-25158 -JSB | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | LIGUE, JOHN P. | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******5125 Checking |
| Taxpayer ID No: | *******0907 | | | |
| For Period Ending: | 03/13/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | Page Subtotals | 0.00 | 0.00 |
|---|---|---|---|---|---|---|---|

Ver: 19.07

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*